ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email: ngord2000@yahoo.com

Attorneys for Plaintiff George K. Young Jr.

# UNITED STATE COURT OF APPEALS
# NINTH CIRCUIT

| | |
|---|---|
| GEORGE K. YOUNG, Jr., Plaintiff - Appellant, v. STATE OF HAWAII; NEIL ABERCROMBIE, in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE, in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii; WILLIAM P. KENOI, in his capacity as Mayor of the County of Hawaii; HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii; HARRY S. KUBOJIRI, in his capacity as Chief of Police; JOHN DOES, 1-25; JANE DOES, 1-25; DOE CORPORATIONS, 1-5; DOE ENTITIES, 1-5, Defendants - Appellees. | No. 12-17808<br><br>Civ. No. 12-00336 HG BMK<br>NOTICE OF ATTORNEY APPEARANCE |

_____
_____

_____

## Notice of Attorney Apperance

COMES NOW THE PLAINTIFF-APPELLANT, George K. Young Jr., submits this Notice of Attorney Appearance. By accord and agreement between counsel and client, Attorney Alan Beck will represent Mr. Young for the duration of this appeal. .

Respectfully submitted this 2nd day of January, 2013

                                                    s/ Alan Beck_____
                                                  Alan Beck (HI Bar No. 9145)

# CERTIFICATE OF SERVICE

On this, the 2nd day of January, 2013, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.
I declare under penalty of perjury that the foregoing is true and
correct.
Executed this the 2nd day of January, 2013.

/

                                          s/ Alan Beck_____
                                          Alan Beck (HI Bar No. 9145)