ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  ngord2000@yahoo.com

Attorney for Plaintiff-Appellant George K. Young

# UNITED STATE COURT OF APPEALS
# NINTH CIRCUIT

| | |
|---|---|
| GEORGE K. YOUNG JR., <br><br> Plaintiff, <br> vs. <br><br> STATE OF HAWAII ET. AL.; <br><br> Defendants. | No. 12-17808 <br><br> CASE No. 12-00336 HG BMK <br> Response to Defendant's Motion to Strike; Affirmative Relief Requested |

### Response to Motion to Strike

COMES NOW THE PLAINTIFF-APPELLANT, George K. Young Jr., submits his response to Defendant-Appellees' motion to strike. He relies on the attached memorandum of law, Declaration of Alan Beck, the attached Exhibit which includes a proposed supplemental brief, the Affidavit of Luke Baker, Declaration

of Ryan Barbour, and *Army Law*. October 1997 at 16 "*Joint Service Combat Shotgun Program*" for the relief sought. Mr. Young asks this Court to dismiss Defendant's motion to strike and grant his affirmative relief as allowed for by Rule 27 (B) of the F.R.C.P.

Respectfully submitted this 10th day of April, 2013

                                            s/ Alan Beck_____
                                            Alan Beck (HI Bar No. 9145)

# CERTIFICATE OF SERVICE

On this, the 10th day of April, 2013, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case. I declare under penalty of perjury that the foregoing is true and correct. Executed this the 10th day of April, 2013

s/ Alan Beck
Alan Beck (HI Bar No. 9145)
