# Affidavit of Luke Barker

I hereby affirm and attest that the following is true. I submit this affidavit to be used in support of George Young's challenge to H.R.S. 134-8 ban on handguns. These handguns are no more dangerous than many legal handguns.

Contact Information

Name: Luke J. Barker

Birth Date: March 21, 1975

Address: 810 Blakely Court

        Apt 249

        Frederick, MD. 21702

Phone Number: (619) 820-2882

I am an expert in firearms due to the following;

Qualifications:

I have over 16 years of combined active duty Navy experience and civilian high-threat instructor experience. Leading Petty Officer for Naval Special Warfare Group One Ordnance Department. Over 10 years of operational management and training of Sailors requiring strict adherence to United States Navy orders, rules and regulations to specifically include Naval Special Warfare Command (WARCOM) orders, regulations, and safety procedures. Extensive experience in the conduct of Naval Special Warfare Operations to include firearms instructor/range safety officer, heavy/light machine gun weapons operation/maintenance, small arms operation/maintenance, defensive tactics, small unit tactics, and communication. Completed all required instructor certification at Center for Security Forces (CENSECFOR) San Diego for Non Complaint Visit, Board, Search and Seizure (NC-VBSS), Small Arms Marksmanship Instructor (SAMI), Crew Served Weapons Operation & Maintenance (O&M) and Crew Served Weapons Instructor (CSWI).

- Held DoD SECRET Clearance while on active duty (expired December 2007)

- Experience in combat environment as security driver, PSD, and range safety officer
- Qualified Naval Special Warfare armorer and range safety officer (NEC 9536)
- Qualified US Navy Small Arms Marksmanship Instructor (SAMI) (NEC 0812)
- Qualified US Navy Crew Served Weapons Instructor (CSWI) (NEC 0814)
- Completed Non-Lethal Weapons Instructor Course at Center for Anti Terrorism Training/Naval Security Forces San Diego
- Qualified Basic Instructor Training (BIT)
- Journeyman Instructor Training (Navy NEC 9502)
- Marine Corps Base Camp Pendleton Range Safety Officer and Marine Corps Air Station Miramar Range Safety Officer
- Completed Blackwater Personnel Protection Course/Defensive Driving
- Completed Naval Special Warfare Anti Terrorism Level 1
- Completed Naval Special Warfare Nuclear, Chemical, Biological and Radiological (NCBR) Level 3 Training
- Completed Mid-South Institute of Self Defense Shooting
- Certified as NC-VBSS, SAMI and Crew Served Weapons Instructor at Center for Anti Terrorism Training/Naval Security Forces San Diego
- Completed Shipboard Security Engagement and Weapons/Tactics course (SSEW/SSET)
- Completed Security Reaction Force, Advanced course (SRF-A) at Center for Anti Terrorism Training/Naval Security Forces San Diego
- Completed Non Complaint Visit Board Search and Seizure (NC-VBSS) course at Center for Anti Terrorism Training/Naval Security Forces San Diego
- Completed 2 arduous training, work up, and deployment cycles with SEAL Team SEVEN in support of Operation Iraqi Freedom and earned Combat Action Ribbon (CAR), Global War on Terrorism (GWOT) Medal &Iraqi Campaign Medal
- Separated from service as an E-6 with all required courses for my pay grade
- Completed DoD Anti Terrorism Level 1 Training (Apr 2010)
- FATS (Firearms Training Simulator) Operator Certified (Oct 2010)

## EDUCATION AND TRAINING

Mount St. Mary's University School of Business - 24 Business Credits

Crew Served Weapons Instructor (2007)

Non-Lethal Weapons (NLW) Instructor (2009)

Marine Corps Base Camp Pendleton Range Safety Officer (RSO) (2008)

Marine Corps Air Station Miramar Range Safety Officer (RSO) (2008)

San Diego City College Mechanical Breaching Course (2007)

San Diego City College Basic Instructor Training (2007)

Naval Special Warfare Armorers Course (2002)

Anti Terrorism Training, Level 1 (2003)

Naval Leadership Course (2003)

Shipboard Security, Engagement Weapons and Tactics (1995)

Explosive Ordnance Driver (2003)

50 Caliber Machine Gun Operators Course (1995)

25mm Chain Gun Operators Course (1995)

US Navy First Class Swimmer (1996)

US Navy Gunners Mate "A" School (1995)

Extensive Small Arms Training (1994)

Land warfare Training (1997)

Small Unit Tactics (2005)

Extensive Training with night vision and weapon laser systems (1993-Present)

Blackwater Personnel Protection Course/Defensive Driving (2005)

Security Reaction Force Advanced (2006)

Non Complaint Visit Board Search and Seizure (2006)

Small Arms Marksmanship Instructor (1995)

Mid-South Self Defense Institution (John Shaws, Lake Cormorant, MS 1998/2004)

NRA Range Safety Officer (2007)

Basics of Naval Explosives Hazard Control (2003)

Naval Special Warfare Nuclear, Biological, Chemical and Radiological Defense Level 3 (2003)

Developmental Reading Literature, Central Texas College (1994)

Introduction to Psychology, Central Texas College (1994)

DoD Anti Terrorism Level 1 Training (2010)

FATS (Firearms Training Simulator) Certified by Meggitt Training Systems, Inc (2010)

Journeyman Instructor Training (Navy NEC 9502), Tidewater Community College (2010)

H.R.S §134-1 defines a "assault pistol" using the following attributes.

(1) An ammunition magazine which attaches to the pistol outside of the pistol grip;

   The location of the magazine does not impact the effectiveness of a firearm. Regardless of position a firearm still has to feed, chamber, lock and fire (cycle of operation). For example bullpup weapons such as the Steyer AUG, have the pistol grip and firing mechanism in front of the magazine and are just as effective. A threaded barrel capable of accepting a barrel extender, flash suppressor, forward hand grip, or silencer;

   Barrel extender: Adds to distance/accuracy of the weapon. A longer barrel is more accurate. Rifles are much more accurate in part due to a longer barrel. However, it makes a handgun harder to conceal. As the ability to conceal a handgun is it's primary benefit other firearms this attribute detracts from a handguns primary benefit over other handguns.

   Flash suppressor: Disperses gas behind bullet in equal pattern as it exits the muzzle. This helps with recoil management (muzzle climb) which is aids lighter marksmen/women use a handgun.

   Forward hand grip: They do not aid with the functionality of a handgun.

   Silencer: The proper nomenclature for this is a suppressor. Suppressor do not "silence" the weapon. Suppressors are a series of empty baffles that the gas behind the bullet travels in to baffle sound, much like an oil filter on a car. They simply reduce noise to decibels which are less harmful to the inner ear. Long exposure to the noise generated from handgun fire causes hearing loss due to the noise they emit when a shooter does not use proper hearing protection.

(2) A shroud which is attached to or partially or completely encircles the barrel and which permits the shooter to hold the firearm with the second hand without being burned;

   Shroud: Heat shield. It protects the shooter from burns but it is not designed to be grabbed. Handguns are almost universally held by the grip even when using two hands.

(3) A manufactured weight of fifty ounces or more when the pistol is unloaded;

   With polymer pistols such as Glocks, handguns are become more lightweight. Lighter weight handguns like these are just as lethal as aluminum or steel built pistol.

(4) A centerfire pistol with an overall length of twelve inches or more;

Centerfire refers to the ammunition. A centerfire cartridge is a cartridge with a primer located in the center of the cartridge. Unlike rimfire cartridges, the primer is a separate and replaceable component. Centerfire has a primer in the center. When hit, the primer sparks, and ignites the gunpowder. Rimfirel has the primer all around the rim. When hit, the primer in the rim sparks, and ignites the gunpowder. Rimfire is an older technology with less stopping power. That means it is less effective for self-defense.

It is a semiautomatic version of an automatic firearm;

Semi auto is one round per pull of the trigger. Automatic weapons fire as long as trigger is held down and ammunition is available. Full auto weapons malfunction more (more moving parts) and aren't as accurate (recoil management, muzzle climb) as semi auto. Both weapons fire the ammunition and shooters with experience can make semi auto weapons fire almost as fast as an automatic. Military and law enforcement weapons are fully auto or have 3 round bursts. That is what makes them "assault" weapons. They kill less people than hammers, hands/feet, baseball bats, etc. In each cause someone must make a decision to pull the trigger. I have shot all my life and not once has my weapon gone off without me pulling the trigger (barring a malfunction with the weapon). Shooters should take a class from a trained instructor before owning a firearm (minus LEO's, military, vets who all receive weapons training).


FURTHER AFFIANT SAYETH NAUGHT


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. pursuant to the provisions of 28 § U.S.C. 1746 and Maryland law, that all the statements made in this affadavit are true to the best of my information, knowledge and belief.


Executed this 5th of April, 2013 in Frederick, Maryland

Signature: _[signature]_

_[signature]_ — 4/5/2013

Michael Price
NOTARY PUBLIC
Anne Arundel County
State of Maryland
My Commission Expires
6/28/2015