

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

June 04, 2013

| | |
|---|---|
| **To:** | John M. Cregor Jr. |
| **From:** | Molly C. Dwyer, Clerk of Court<br>By: Wayne Price, Deputy Clerk |
| **Re:** | Receipt of Deficient Excerpts of Record of Appellee on 06/03/2013<br><br>USCA No. 12-17808    George Young, Jr. v. State of Hawaii, et al |

The referenced excerpts or record cannot be filed for the following reasons(s):

- *Excerpts must be submitted via the ECF filing system.*

The following action has been taken with respect to the excerpts of record received in this office:

- *The deficiency by the appellee is judged to be serious. We cannot file your excerpts.* ***Counsel must submit the excerpts electronically using the ECF filing system.***