UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 03 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GEORGE K. YOUNG, Jr.,

        Plaintiff - Appellant,

v.

STATE OF HAWAII; et al.,

        Defendants - Appellees.

No. 12-17808

D.C. No. 1:12-cv-00336-HG-BMK
U.S. District Court for Hawaii,
Honolulu

**ORDER**

The court's June 4, 2013 notice attached to docket entry number 42 is vacated as being issued in error.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Wayne Price
Deputy Clerk