ALAN BECK (HI Bar No. 9145)
Attorney at Law
2692 Harcourt Drive
San Diego, California 92123
Telephone: (619) 905-9105
Email: alan.alexander.beck@gmail.com

STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. Box 4008
Madison, MS 39130
Telephone: (601) 852-3440
Email: stephen@sdslaw.us

# UNITED STATE COURT OF APPEALS
# NINTH CIRCUIT

| | |
|---|---|
| GEBRGE K. YOUNG JR, <br><br> Plaintiff, <br> vs. <br> STATE OF HAWAII ET. Al. <br><br> Defendants. | No. 12-17808 <br><br> CASE No. 1200336 HG BMK <br><br> NOTICE OF SUPPLEMENTAL AUTHORITY |

<u>Notice of Supplemental Authority</u>

Comes now the Plaintiff-Appellant George K. Young, and writes this Court to inform it of the Fourth Circuit Court of Appeals decision in *Kolbe v. Hogan, No. 14-1945 (4th Cir., Feb. 4, 2016) (slip op)* (attached). There, the Court found that AR-15 rifles and magazines that hold over 10 rounds both receive constitutional

protection and that strict scrutiny applies to a ban on their ownership. Thus, this opinion directly supports Mr. Young's argument that strict scrutiny applies to complete bans on types of arms located on page 35-36 of this Opening Brief.

Respectfully submitted this 6th day of February, 2016

s/ Alan Beck
Alan Beck (HI Bar No. 9145)

s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh

## CERTIFICATE OF SERVICE

On this, the 6th day of February, 2016, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 6th day of February, 2016


s/ Stephen D. Stamboulieh