William P. Kenoi  
*Mayor*



Harry S. Kubojiri  
*Police Chief*

Paul K. Ferreira  
*Deputy Police Chief*

# County of Hawai`i
### POLICE DEPARTMENT
349 Kapi'olani Street • Hilo, Hawai'i 96720-3998  
(808) 935-3311 • Fax (808) 961-2389

March 29, 2016

Mr. George Pace  
P.O. Box 41  
Mt. View, HI 96771

Dear Mr. Pace:

This responds to your email request seeking clarification relating to concealed carry permits:

1. We believe the Attorney General's Reports are accurate.

2. We do not have any records prior to 2000, however, it is our understanding that no concealed carry permits were issued prior to 2000 as well.

Sincerely,

For HARRY S. KUBOJIRI  
POLICE CHIEF