# Firearm Registrations in Hawaii, 2014

**Department of the Attorney General** ● **Crime Prevention & Justice Assistance Division** ● **ag.hawaii.gov/cpja**

Russell A. Suzuki, Attorney General

Julie Ebato, Administrator
March 2015

*Prepared by*
*Paul Perrone, Chief of Research & Statistics*

Hawaii Revised Statutes section 134-14 requires the county police departments to provide to the Department of the Attorney General a monthly report of firearm registration activity. The data from these reports were compiled in order to provide the statistics presented herein for Calendar Year 2014. This is the fifteenth annual publication of *Firearm Registrations in Hawaii*.

## Permit Applications Processed, Issued, Voided, and Denied

A total of 19,365 personal/private firearm permit applications were processed statewide during 2014, marking the first decrease since 2006 and a 14.9% decline from the record high of 22,765 applications processed in 2013. Of the applications processed in 2014, 94.5% were approved and resulted in issued permits; 4.8% were approved but subsequently voided after the applicants failed to return for their permits within the specified time period; and a record low of 0.8% were denied due to one or more disqualifying factors. Figure 1 reveals additional information. Denials are described in greater detail throughout this report.

**Figure 1:  Firearm Permit Application Outcomes,
State of Hawaii, 2014**

(N = 19,365 Total Applications Processed)



Applications Denied
148 (0.8%)

Applications Approved/
Permits Issued
18,296 (94.5%)

Applications Approved/
Permits Voided
921 (4.8%)

## Registrations and Importations

The 18,296 permits issued statewide in 2014 cover a total of 48,324 firearms registered, marking a major, 20.5% decrease from the record high total of 60,757 firearms registered in 2013. Over half (25,772, or 53.3%) of the firearms registered during 2014 were imported from out-of-state, with the remainder (22,552 or 46.7%) accounted for by transfers of firearms that were previously registered in Hawaii. Although there is no way to track the number of firearms that permanently leave the state, independent estimates made during the late-1990s by the Department of the Attorney General and the City & County of Honolulu Police Department conservatively placed the total number of privately owned firearms in Hawaii at roughly one million. From 2000 through 2014, a total of 420,409 firearms were registered (including some more than once) and 206,536 were imported.

## Permits and Registrations, by Firearm Type

In the State of Hawaii, annual permits are issued in order to acquire an unlimited number of longarms (rifles and shotguns), while single-use permits are issued to acquire specific handguns. By firearm type, 53.3% (9,746) of the 18,296 total permits issued during 2014 were to acquire longarms, while 46.7% (8,550) were handgun permits. The tally of handgun permits is perennially confounded, however, as some of the county police departments issue a single permit listing all handguns that will be acquired simultaneously from the same source (i.e., one permit per transaction, per Hawaii Revised Statutes section 134-2(e)), while the other departments issue one permit per handgun even if they are acquired in the same transaction.

Longarms accounted for 59.2% (28,620) of all firearms registered in 2014 (48,324). Broken out further, rifles and shotguns comprised 46.7% (22,548) and 12.6% (6,072) of total registrations, respectively. The remaining 40.8% (19,704) of firearms registered in 2014 were handguns.

## County Comparisons and Registration Trends

Table 1 shows the distribution of firearm registration activity during 2014 across the four counties and for the State of Hawaii overall.

### Table 1: Firearm Registration Activity, State of Hawaii and Counties, 2014

|  | C&C of Honolulu | Hawaii County | Maui County | Kauai County | State Total |
|---|---|---|---|---|---|
| Applications Processed | 11,075 | 4,463 | 2,086 | 1,741 | **19,365** |
| Applications Approved/ Permits Issued | 10,418 | 4,376 | 1,939 | 1,563 | **18,296** |
| Applications Approved/ Permits Voided | 635 | 25 | 108 | 153 | **921** |
| Applications Denied | 22 | 62 | 39 | 25 | **148** |
| Denial Rate | 0.2% | 1.4% | 1.9% | 1.4% | **0.8%** |
| Firearms Registered | 28,851 | 10,930 | 4,736 | 3,807 | **48,324** |
| Firearms Imported | 16,505 | 5,413 | 2,052 | 1,802 | **25,772** |

As compared to Hawaii's resident population distribution, firearm registration activity occurred disproportionately across the four counties during 2014 (see Figure 2). (If the counties' registration activity occurred in equal proportion to their respective population sizes, then the three bars depicted for each county in Figure 2 would be of equal height and value.)

Based on its population size, 19% fewer permit applications were processed in the City & County of Honolulu during 2014 than would be expected, and 79% fewer denials were recorded. Hawaii County reported 64% more processed applications and 200% more denials than expected. Maui County processed as many applications as would be expected for its population size, and denied 136% more applications. Kauai County processed 80% more applications and denied 240% more applications than anticipated.

**Figure 2: County Distribution of Permit Applications Processed and Rejected (2014) versus Resident Population Distribution (2013)**



Figure 3 (next page) presents historical data on denial rates for the State of Hawaii and each of its four counties. Notable are the consistently higher denial rates reported by Hawaii County and Maui County, as compared to the lower rates reported by Kauai County and the City & County of Honolulu.



**Figure 3: Firearm Permit Application Denial Rates,
State of Hawaii and Counties, 2000-2014**

Firearm registration activity increased dramatically over the course of the 14 years for which these data have been systematically compiled and reported (see Figure 4). From 2000 through 2014, the number of statewide permit applications processed annually climbed 298.4%, the number of firearms registered rose 354.9%, and the number of firearms imported surged 356.6%.



**Figure 4: Firearm Registration Trends,
State of Hawaii, 2000-2014**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applications Processed | 6,489 | 6,829 | 6,990 | 6,792 | 6,842 | 8,695 | 8,049 | 8,835 | 10,527 | 12,606 | 12,801 | 15,375 | 21,864 | 22,765 | 19,365 |
| Firearms Registered | 13,617 | 14,305 | 15,822 | 14,924 | 14,661 | 17,982 | 19,971 | 21,784 | 25,996 | 33,678 | 31,390 | 36,804 | 50,394 | 60,757 | 48,324 |
| Firearms Imported | 7,228 | 6,567 | 7,416 | 6,778 | 7,595 | 8,563 | 9,830 | 10,401 | 11,978 | 16,897 | 15,212 | 17,949 | 23,548 | 30,802 | 25,772 |

Figure 5 shows that, between 2000 and 2014 in the City & County of Honolulu, the annual tally of permits processed increased 272.4%, the number of firearms registered rose 350.3%, and the number of firearms imported climbed 335.7%.

**Figure 5: Firearm Registration Trends,
City & County of Honolulu, 2000-2014**



| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applications Processed | 4,065 | 4,377 | 4,383 | 4,248 | 4,208 | 5,833 | 4,855 | 5,120 | 6,397 | 7,736 | 7,738 | 9,452 | 13,927 | 12,903 | 11,075 |
| Firearms Registered | 8,237 | 9,057 | 10,129 | 9,079 | 8,524 | 11,307 | 12,452 | 13,641 | 16,641 | 21,631 | 19,853 | 23,470 | 30,289 | 35,081 | 28,851 |
| Firearms Imported | 4,917 | 4,361 | 4,948 | 4,360 | 4,886 | 5,580 | 6,388 | 7,069 | 8,266 | 11,450 | 10,167 | 11,869 | 13,900 | 18,729 | 16,505 |

As shown in Figure 6, the number of permits processed annually in Hawaii County during the 2000-2014 period surged 389.4%, the number of firearms registered rose 376.5%, and the number of firearms imported skyrocketed 436.2%.

**Figure 6: Firearm Registration Trends,
Hawaii County, 2000-2014**



| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applications Processed | 1,146 | 1,172 | 1,155 | 1,381 | 1,283 | 1,389 | 1,595 | 1,794 | 1,979 | 2,426 | 2,420 | 2,975 | 3,881 | 5,355 | 4,463 |
| Firearms Registered | 2,903 | 2,753 | 2,973 | 3,290 | 3,138 | 3,382 | 3,976 | 4,377 | 5,106 | 6,727 | 5,886 | 6,603 | 10,134 | 14,458 | 10,930 |
| Firearms Imported | 1,241 | 1,196 | 1,286 | 1,376 | 1,344 | 1,615 | 1,768 | 1,813 | 2,327 | 3,183 | 2,732 | 2,990 | 5,272 | 7,036 | 5,413 |

Figure 7 reveals that, between 2000 and 2014 in Maui County, the number of permits processed annually increased 262.4%, the number of firearms registered climbed 323.1%, and the tally of firearms imported rose 320.1%.



**Figure 7: Firearm Registration Trends,
Maui County, 2000-2014**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applications Processed | 795 | 894 | 870 | 784 | 851 | 867 | 825 | 1,018 | 1,264 | 1,568 | 1,796 | 1,965 | 2,777 | 2,794 | 2,086 |
| Firearms Registered | 1,466 | 1,486 | 1,482 | 1,700 | 2,022 | 1,889 | 2,098 | 2,251 | 2,634 | 3,316 | 3,982 | 4,569 | 6,791 | 7,567 | 4,736 |
| Firearms Imported | 641 | 594 | 635 | 699 | 936 | 935 | 993 | 972 | 780 | 1,533 | 1,661 | 2,108 | 3,124 | 3,357 | 2,052 |

As shown in Figure 8, the number of permits processed annually in Kauai County from 2000 through 2014 jumped 360.5%, the number of firearms registered surged 376.6%, and the number of firearms imported soared 420.0%.



**Figure 8: Firearm Registration Trends,
Kauai County, 2000-2014**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applications Processed | 483 | 386 | 582 | 379 | 500 | 606 | 774 | 903 | 887 | 876 | 847 | 983 | 1,279 | 1,713 | 1,741 |
| Firearms Registered | 1,011 | 1,009 | 1,238 | 855 | 977 | 1,404 | 1,445 | 1,515 | 1,615 | 2,004 | 1,669 | 2,099 | 2,679 | 3,651 | 3,807 |
| Firearms Imported | 429 | 416 | 547 | 343 | 429 | 433 | 681 | 547 | 605 | 731 | 652 | 982 | 1,252 | 1,680 | 1,802 |

**Permit Application Denials**

As noted earlier, a record low of 0.8% (148) of all permit applications in Hawaii during 2014 were denied for cause. Hawaii's 2014 denial rate is 65.2% (1.5 percentage points) below the 2.3% rate reported for all state and local agencies conducting background checks for firearm permits and transfers in 2012 (Bureau of Justice Statistics, 2014; the most current national data as of February 2015).

The vast majority of denials in Hawaii during 2014 were for longarm (122, or 82.4%) rather than handgun (26, or 17.6%) permit applications. Following a trend since this annual report was first published, longarm permit applications in 2014 were denied at a rate (1.2%) that is several times greater than the denial rate for handgun permit applications (0.3%).

Over half (83, or 56.1%) of the denials in 2014 were due to applicants' prior criminal convictions, while 8.8% (13) were due to pending charges.

It is a misdemeanor in the State of Hawaii to provide falsified information on firearm permit applications, unless the falsified information pertains to criminal or mental health histories, in which case it is a felony offense (Hawaii Revised Statutes section 134-17). In 2014, falsified criminal or mental health information or both were provided in 79.7% (118) of the 148 denial cases; falsified information pertaining to anything other than criminal or mental health histories was provided in 2.0% (3) of the cases; and no falsified information was provided in 18.2% (27) of the cases.

Table 2 presents broad categorical data on the reasons for denied permit applications.

**Table 2: Reasons for Denied Firearm Permit
Applications, State of Hawaii, 2014**

|  | # | %* |
|---|---|---|
| "Other" Offense | 72 | 48.6 |
| Mental Health Issues/Treatment** | 33 | 22.3 |
| Drug Offense | 25 | 16.9 |
| Domestic Violence Offense | 19 | 12.8 |
| Restraining/Protective Order | 8 | 5.4 |
| Disqualifying Juvenile Offense | 7 | 4.7 |
| Other (e.g., non-U.S. citizen, dishonorable discharge from military) | 5 | 3.4 |

   \*   Figures do not total 100% due to multiple denial reasons for some applicants.

  \*\*  Denials for mental health issues or treatment can be satisfactorily resolved with a verified doctor's note stating that the applicant is no longer adversely affected. While an original denial cannot be appealed or overturned, a new application may be submitted and the appropriate permit will be issued. It is unknown how many applicants who are initially denied for mental health reasons successfully reapply for permits.

Table 3 (next page) provides a breakdown of information entered into a description field for each denial.

## Table 3: Descriptions of Firearm Permit Application Denials, State of Hawaii, 2014

| [N = 148] | # | %* |
|---|---|---|
| abuse of family/household member | 11 | 7.4 |
| abuse of family/household member + harassment | 1 | 0.7 |
| accidental death/injury | 1 | 0.7 |
| affray (mainland) | 1 | 0.7 |
| alcohol/substance abuse treatment | 1 | 0.7 |
| arson | 1 | 0.7 |
| assault | 25 | 16.9 |
| assault + abuse of family/household member + restraining order | 1 | 0.7 |
| assault + alcohol and substance abuse treatment + felony DUIs | 1 | 0.7 |
| assault + disqualifying juvenile offenses | 1 | 0.7 |
| assaults | 1 | 0.7 |
| assaults + anger management treatment | 1 | 0.7 |
| breaking and entering | 1 | 0.7 |
| burglary | 1 | 0.7 |
| criminal property damage | 1 | 0.7 |
| disorderly conduct | 4 | 2.7 |
| disqualifying juvenile offense(s) | 4 | 2.7 |
| doctor's recommendation | 2 | 1.4 |
| domestic violence conviction (mainland) | 1 | 0.7 |
| drug addiction | 3 | 2.0 |
| drug offense | 6 | 4.1 |
| drug offense + alcohol abuse treatment | 1 | 0.7 |
| drug possession | 1 | 0.7 |
| DUI (felony) | 1 | 0.7 |
| felony conviction (unspecified) | 1 | 0.7 |
| firearm applied for is not legally registered | 2 | 1.4 |
| harassment | 12 | 8.1 |
| medical clearance needed | 3 | 2.0 |
| medical marijuana patient | 4 | 2.7 |
| mental health issue (unspecified) | 2 | 1.4 |
| mental health treatment | 9 | 6.1 |
| mental health treatment + substance abuse treatment | 3 | 2.0 |
| motor vehicle theft | 1 | 0.7 |
| no response from California and Ohio re assault cases | 1 | 0.7 |
| no response from California re juvenile drug offense | 1 | 0.7 |
| obstructing police | 2 | 1.4 |
| positive field test (drugs) | 2 | 1.4 |
| reckless endangerment | 1 | 0.7 |
| resisting arrest | 1 | 0.7 |
| resisting arrest + disorderly conduct | 1 | 0.7 |
| restraining order | 7 | 4.7 |
| sexual assault | 2 | 1.4 |
| substance abuse treatment | 2 | 1.4 |
| suicide attempt | 2 | 1.4 |
| suicide threat | 1 | 0.7 |
| terroristic threatening | 4 | 2.7 |
| terroristic threatening + disorderly conduct | 1 | 0.7 |
| terroristic threatening + mental health treatment | 1 | 0.7 |
| theft | 2 | 1.4 |
| warrant | 2 | 1.4 |
| warrant + drug offenses | 2 | 1.4 |
| warrant + mental health treatment | 1 | 0.7 |
| weapons offense | 2 | 1.4 |
| weapons offense + mental health treatment | 1 | 0.7 |

* Due to rounding, figures may not total 100%.

## Licenses to Carry Firearms

Hawaii's county police departments also process license applications for the open and/or concealed carry of firearms in public.  Statewide in 2014, 218 employees of private security firms were issued carry licenses, and two (0.9%) were denied.  Nineteen private citizens applied for a concealed carry license in the City & County of Honolulu, and two applied in Kauai County; all 21 applicants were denied at the discretion of the respective chief of police.

## Confiscations

The county police departments reported that no prohibited firearms (e.g., machine guns, firearms with defaced serial numbers, longarms below the legal barrel length, "assault pistols") were confiscated by firearm registration personnel during 2014.

## Acknowledgements

This report was prepared with input and assistance from the county police departments' firearm registration personnel: **Jeaneth Panoy**, Records Clerk, Kauai County Police Department; **Melanie Wong**, Records Clerk, Maui County Police Department; the Firearm Registration Section, in particular **Suzy Yamasaki**, Records Clerk, City & County of Honolulu Police Department; and **Arlene Young**, Records Clerk, Hawaii County Police Department. As the volume of registration activity documented in this report demonstrates, these dedicated professionals work hard to serve their communities.

## Reference

Bureau of Justice Statistics (December 2014). *Background checks for firearms transfers, 2012.* <http://www.bjs.gov/content/pub/pdf/bcft12st.pdf>.  U.S. Department of Justice: Office of Justice Programs.  NCJ 247815.

---

*This report is available in PDF format from the Crime Prevention & Justice Assistance Division's web site:*
**ag.hawaii.gov/cpja**